No. 99-7910.  TURNER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99-7911.  WARDELL *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 99-7919.  YELVERTON *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 99-7921.  CAWLEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99-7923.  ARVIDSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99-7925.  TERRY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99-7926.  MOORE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99-7931.  NAGY *v.* GOLDSTEIN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99-7933.  LONG *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99-7936.  BAYLIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99-7937.  CULP *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99-7941.  COOK *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99-7943.  BERNHARDT *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 99-7944.  SUAREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99-7946.  POWELL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99-7947.  RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.